[No. 54458-6-I.   Division One.   November 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. YUSEF JIHAD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02367-8, James H. Allendoerfer, J., entered June 1, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

[No. 55207-4-I.   Division One.   November 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MARION BLACK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-05810-4, James D. Cayce, J., entered October 5, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53708-3-I.   Division One.   November 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE EDWARD LONEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-00611-1, George T. Mattson, J., entered January 26, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 55176-1-I.   Division One.   November 7, 2005.]

BARBARA J. PERKINS, *Appellant*, v. FRANCISCAN HEALTH SYSTEM, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-27018-2, Laura Gene Middaugh, J., entered June 18, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, C.J., and Baker, J.